UNITED STATES DISTRICT COURT
DISTRICT OF OHIO

Hector Palms-Bonilla
v.
County Jail Medical Staff &
Venta Duran

## Notice of Intent

Petitioner, Hector Palms-Bonilla, files this notice of intent to file prior to the expiration of the statute of limitations.

If petitioner has been banned from filing this notice due to having filed out of time, then petitioner asks that this Court construe this motion as a motion in which to file out of time. Moreover, he requests that his right to specifically name each staff member involved be preserved until that time.

# STATEMENT OF FACTS

On or about June of 2019, Petitioner, incarcerated at the _____ County Jail located at 2460 Jackson Pike, Columbus, OH 43223, lost consciousness during his unit pill line. Medical staff present made no attempt to help. Two inmates came to his aid. In trying to stand up, Petitioner once again lost consciousness, this time hitting his head on the side of his cell door.

When he came to, Petitioner witnessed a Correctional Officer w/ a video camera, medical personnel, and other staff. He was in a wheelchair. They took his vitals and called for an ambulance. He remembers little of being transported to Mount

Carmel Hospital, located at 5300 N. Meadows Drive, Grove City, OH 43123.

While at the hospital, the Feds paid him a visit and stayed w/ petitioner for a few days. When petitioner inquired from his attending doctor what was the matter w/ him, he was informed that medical staff at the jail had prescribed him the wrong medicine. The doctor handed petitioner a letter instructing him to show it to medical staff.

At a lawyer visit, Attorney Venta Durant asked to see the letter and took it stating that she would make a copy and return it. That letter was never returned.

## Synopsis

Since that incident, petitioner has accrued a number of medical problems. His motor skills have deteriorated, particularly in his hands and fingers. He consistently experiences painful headaches, pain in his lower back, loss of memory, diminished sleep.

While attempting to file during 2019 and 2020, petitioner was kept in constant transit due to the pandemic. This is the first facility at which he has been able to seek advice and help in filing a notice of intent.

Petitioner is currently seeking counsel to represent him in this matter.

Conclusion

WHEREFORE, PETITIONER URGES THIS COURT GRANT HIM THE NECESSARY INTERPRETATION AND PROPER CONSTRUCTION OF HIS ALLEGATIONS.

UNDER THE PENALTY OF PERJURY, 28 U.S.C. 1746.

DATE: June ___, 2022

RESPECTFULLY SUBMITTED,

_____

CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING MOTION WAS PLACED IN THE INSTITUTIONAL MAIL BOX FOR DELIVERY TO THE CLERKS OFFICE.

DATE: June , 2022        _____