Hector Palma Bonillas
Reg. No. 78266-061
FCI Allenwood Med.
P.O. Box 2000
White Deer, PA 17887

United States District Court
District of Ohio

Docket NO: 2:19CR00150-001

ATTN: Clerk of Court

RE: Filing and Docketing of
Notice of Intent to
Commence Action under
42 U.S.C. 1983 / Bivens Claim

Clerk of Court

Please Docket and file
Attached Notice of Intent Motion
and Return Copy along w/ LCsl

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 JUL 11 PM 1:

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

District Court Rules, IFP packet, and difference between 1983 and Bivens Claim.

    Thank you for your time and consideration.

DATE: June ___, 2022        Sincerely,

*[signature]*

INMATE NAME/NUMBER: Hector Palma Barillas #78266-06
FEDERAL CORRECTION COMPLEX-ALLENWOOD Medium
P.O. BOX 2000
WHITE DEER, PA 17887

HARRISBURG PA 171
7 JUL 2022 PM 2 L

Joseph P. Kinneary
United States Courthouse
85 Marconi Blvd., Rm 121
Columbus, OH 43215

43215-282346